## THIRD DEPARTMENT, NOVEMBER TERM, 1884.

George F. Vietor and others v. Moses Henlein.— Motion for reargument granted.

Otto Heinze v. Moses Henlein. — Motion for reargument granted.

Ann McAdowery, Appellant, v. Margaret McKenna, Respondent. — To be re-submitted.

Maria A. Witthaus v. Frederick C. C. Schack.— Motion denied. Opinion by Daniels, J.

In the Matter of the New York Elevated Railway Company. — Ordered, that the report of the Commissioners in this matter be sent back to such Commissioners with directions to make a further report setting forth what they have considered to be easements, for which they have allowed damages in and by their report, and what damages they have allowed and awarded for such easements respectively.

In the Matter of the New York Elevated Railway Company. — Referred to S. P. Nash, Esq., to take proof relating to the issue created by the answer of the respondent, and to report the same to this court with a statement of the facts he regards as having been established, with his opinion thereon.

Catharine Zapp, Respondent, v. Charles J. Miller, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Antonio Del Pino, Respondent, v. Ozias Hermann, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

## FIRST DEPARTMENT, NOVEMBER, 1884.

Thomas J. Hayes, as Assignee, etc., Appellant, v. Alexander V. Davidson, Sheriff, etc., Respondent. — Order from which the appeal has been taken reversed, with ten dollars costs and disbursements and the motion made denied. Opinion by Daniels, J.; Davis, P. J., concurred; Brady, J., dissented.

The People of the State of New York ex rel. The Mayor, etc., of the City of New York v. John Kelly, Allen Campbell and Daniel Lord, Jr.— Writ dismissed and the decision of the assessment commissioners, in the case of Julia Douglas, affirmed. Opinion by Brady, J.; Davis, P. J., concurred.

## THIRD DEPARTMENT, NOVEMBER, 1884.

Winthrop W. Gilman and others, Appellants, v. Benjamin Case, Acting Supervisor, etc., and others, Respondents. — Order affirmed as to Case's claim, reversed as to Campbell's, to be settled by Bockes, J.

Amasa R. Moore, Appellant, v. John M. Francis and others, Respondents. — Order affirmed, with costs. Learned, P. J., not acting.

Hattie J. Hawley v. Arthur H. Hawley. — Decree affirmed, with costs against appellant. Opinion by Learned, P. J.

The People of the State of New York, Respondents, v. George Eckert, Appellant.—Judgment and conviction reversed and new trial granted. Opinion by Bockes, J.

Susan A. Wheeler, as Administratrix, etc., Respondent, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Margaret Parker, as Administratrix, etc., Respondent, v. The Ulster and Delaware Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

Eliza Bailey, as Administratrix, etc., Respondent, v. The Boston, Hoosac Tunnel and Western Railway Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.; Landon, J., not acting.

Walter Jennery, Respondent, v. Aaron B. Olmstead and William H. Clement, Appellants.—Reargument ordered. Landon, J., not acting.

John Barrons, Respondent, v. William McDougall, Appellant.—Judgment and order affirmed, with costs. Opinion by Bockes, J.

James Mingay and others, Appellants, v. The Holly Manufacturing Company, Respondent.—Order reversed, with ten dollars costs and printing disbursements, and motion denied, without prejudice to renewal. Opinion by Landon, J.

Catharine J. Wise, Respondent, v. The Liverpool and London and Globe Insurance Company, Appellant.

Catharine J. Wise, Respondent, v. The New York Bowery Fire Insurance Company, Appellant. — Judgments affirmed, with costs. Mem. by Bockes, J.

Hollis Russell, Respondent, v. Catherine A. Brownell, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Maria Arrex, Appellant, v. James H. Van Demark and Andries L. Brodhead, Respondents. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Jeannette Corse, Respondent, v. Joshua S. Peck and Nathan Peck, Appellants.—Judgment and order affirmed, with costs. Opinion by Bockes, J. Mem. by Learned, P. J., dissenting.

Lucius Lawson, Respondent, v. The Town of Woodstock, Appellant.—Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J. Mem. by Learned, P. J., dissenting.

Paul Cushman, as Trustee, etc., Respondent, v. Charles E. Leland, as such Trustee, etc., and individually, Respondent. Mary Ann Trimble and others, Appellants.—Judgment affirmed, with costs. Opinion by Landon, J.

The People of the State of New York, Respondent, v. Frank R. Sherwin, Appellant (three cases).—Judgment and conviction affirmed. Order allowing bill of exceptions affirmed. Motion to strike out bill of exceptions denied. Form of order to be settled by Bockes, J. Opinions by Bockes, J.; Learned, P. J., and Landon, J., concurring as to affirmance of judgment and conviction.

John A. Lee, Respondent, v. James M. Whallon, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and printing disbursements. Opinions by Bockes, J. and Learned, P. J.; Landon, J., not acting.

Samuel Bigelow as Executor, etc., Appellant, v. Elisha P. Abbott and others, Respondents. — Decree reversed and issue to be tried by a jury, etc. Costs of appeal to be allowed appellant out of the fund. Issues and order to be settled by Landon, J. Opinion by Landon, J.

Margaret Moore, Executrix, etc., and another, Plaintiffs, v. The City of Albany, Defendant. — Judgment ordered for defendant. Opinion by Learned, P. J.; Bockes, J., dissenting in opinion that plaintiff recover $690.73 and interest.

In the Matter of Rebuilding the Bridge Across the Shawangunk Kill, between the Towns of Crawford and Shawangunk, on Hardenbergh's Road. — Order reversed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

Horace Hamell, Administrator, etc., Respond-

ent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant.

Elijah B. Fitts, Respondent, v. The Same, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.; Landon, J., not acting.

Daniel McElwain, Respondent, v. Charles Muldowney and others, Appellants. — Judgment affirmed, with costs. Opinion by Bockes, J.

Julia E. Hooghkirk, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

John Reilly, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order reversed, new trial granted on payment by defendant of costs of trial and of appeal. Opinion by Learned, P. J.

Patrick Leary, Plaintiff, v. The President, etc., of the Delaware and Hudson Canal Company, Defendants. — Motion for new trial denied, and judgment ordered for defendant on nonsuit, with costs. Opinion by Bockes, J.

Hugh Reilly, Respondent, v. The Hudson River Bridge Company of Albany, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Wilson H. Sherman and others, Respondents, v. James W. Caldwell and others, Appellants. — Judgment affirmed, with costs. Opinion by Learned, P. J.

William C. Randall, Respondent, v. Frank Randall, Appellant. — Order affirmed, with costs. Opinion by Learned, P. J.; Landon, J., not acting.

In the Matter of the Judicial Accounting of John Hughes, as Guardian, etc. — Decree of surrogate affirmed, with costs against appellant. Opinion by Landon, J.

Mark T. Dunning, Appellant, v. Edwin R. Northrup and Roselle Vanderwerker, Respondents. — Judgment reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

William Slocum, Appellant, v. Mary R. Stoddard, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.; Bockes, J., not acting.

People ex rel. Burhans v. Supervisors. — Motion denied.

John Staats v. Thomas Garrett. — Motion to dismiss denied. Opinion by Fish, J.

Eugene A. Pratt, Respondent, v. Isaac Seeley, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Jacob H. Clute v. Robert Robinson and others. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Fish, J.; Landon, J., not acting.

* Thomas Ganley, Administrator, etc., Respondent, v. Troy City National Bank, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Edwin W. Hall, Appellant, v. The Whitehall Water Power Company, Limited, Respondent. — Judgment affirmed, with costs on opinion below. Landon, J., not acting.

Mary Renihan, Appellant, v. Martha A. Dennin, Individually and as Executrix. etc., of James Dennin, Deceased, Respondent. — Decree reversed, issues sent for trial at Rensselaer Circuit. Order and issues to be settled by Landon, J., costs to abide event. Opinion by Landon, J.

Mary J Dewey, as Administratrix, etc., of Henry Livingston, deceased, Respondent, v. The President, etc., of The Delaware and Hudson Canal Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Solomon Langlois. as Administrator, etc., of Henry Langlois, Deceased, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned. P. J.

Mary S. Vischer, Respondent, v. James M. Andrews, Appellant, Impleaded, etc. — Judgment modified as per opinion, without costs. Order to be settled by Bockes, J. Opin'on by Bockes, J., and by Learned, P. J., dissenting.

In the Matter of the Application of Joseph T. Stevens, a creditor, for the disposition of the Real Estate of John P. Dodge, Deceased. for the payment of his debts. — Decree of surrogate reversed, rehearing ordered, costs to abide event. Opinion by Bockes, J.; Landon, J., concurring in result; Learned, P. J., dissenting.

George McVie, Respondent, v. Henry G. McNaughton, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Mary O'Connor, Respondent, v. The Troy and West Troy Bridge Company, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Richard Smith, Appellant, v. George W. Robbins and others, Respondents. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Troy and Boston Railroad Company, Appellant. v. Boston, Hoosac Tunnel and Western Railway Company, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Theodore F. Miller. by Guardian, Plaintiff, v. Samuel D. Coykendall, Defendant. — New trial granted, costs to abide event. Opinion by Learned, P. J.

George A. Farnham and Henry K. Bush, Respondents, v. James A. Connors, Appellant. — Judgment reversed, new trial granted. Costs to abide event. Opinion by Landon. J.

Lorenzo Smith, as Receiver, etc., of Solomon Shaul, Appellant, v. Solomon Shaul and others, Respondents. — Judgment reversed, reference discharged, new trial granted, costs of appeal to abide event. Opinion by Landon, J.; Learned, P. J., concurring in result.

Frederick Turner, Appellant, v. The Chateaugay Ore Company, Respondent. — Judgment affirmed, with costs. Opinion by Fish, J.

Ebenezer Austin, Respondent, v. Royal G. Harris, Appellant. Judgment affirmed, with costs. Opinion by Fish, J.

Robert H. Moore and others, Appellants, v. The North River Construction Company and others, Respondents. — Judgment affirmed, with costs.

---

* In this and the following cases decided at this term the decisions were handed down December 27, 1884.